IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0013 MMC |
| Plaintiff, | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| v. | |
| SHAUNDRE ODOMS, | |
| Defendant. / | |

Before the Court is defendant Shaundre Odoms's "Motion for Appointment of Counsel to Litigate Petitioner's 18 U.S.C. § 3582(c)(2) for the Purpose of Amendment 750 of the (FCA)," filed February 1, 2012. On January 13, 2012, Camellia Baray was appointed as counsel of record for said defendant, for the purpose of representing him in connection with said motion. (See Mot., attached letter (stating "I sent one of these [motions] to U.S. Attorney's Office but . . . still haven't received a response.")

Accordingly, the motion is hereby DENIED as moot. In light of the above-referenced appointment, defendant is advised to direct all future inquiries regarding the status of his motion to counsel of record at the following address:

//
//
//

1  Camellia Baray
   Bonjour, Thorman, Baray & Billingsley
2  24301 Southland Drive, Suite 312
   Hayward, CA 94545.
3
   **IT IS SO ORDERED.**
4

5
   Dated:  February 10, 2012                                              _____
6                                                                         MAXINE M. CHESNEY
                                                                          United States District Judge
7